## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LARRY SIDLER                                                                                    PLAINTIFF

V.                                    NO. 3:12CV00047 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 5th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE